**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| HARBORSIDE ASSOCIATES, LLC, | : Bankruptcy Case No.: 11-50738 |
| | : |
| Debtor. | : |
| | : |
| HARBORSIDE ASSOCIATES, LLC, | : Adversary Proceeding No. 13-05015 |
| | : |
| Plaintiff, | : |
| | : |
| - V - | : |
| | : |
| SHORTY LONG IRONS I, LLC, ANTHONY VILLANO, ELLEN VILLANO | : |
| | : |
| Defendants. | : |

**ORDER GRANTING**
**MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSIES**

Upon the motion (the "Motion") of Harborside Associates, LLC ("Harborside"), pursuant to Fed. R. Bankr. P. 9019, to compromise and settle its controversies with Shorty Long Irons I, LLC and Ellen Villano, after due notice and an opportunity for a hearing, the Court having considered the entire record of the above-captioned bankruptcy case and adversary proceeding, it is hereby

ORDERED, that the motion is granted and Harborside is authorized to accept from Shorty Long Irons I, LLC, a quitclaim deed of the real property described in Exhibit A attached to the complaint commencing this matter, and it is further

1

ORDERED, that Harborside may provide a limited release of the claims alleged in the complaint to Ellen Villano and Shorty Long Irons I, LLC, and it is further

ORDERED, that Harborside is not authorized to settle, release, or waive its rights, claims, causes of action, or any other rights, at law or in equity against Anthony Villano and that the dismissal of the above-captioned adversary proceeding shall be without prejudice to Harborside's rights to pursue any such rights in any court of competent jurisdiction, and it is further

ORDERED, that Ellen Villano and Shorty Long Irons I, LLC shall have no claim, administrative, secured, unsecured or otherwise, against Harborside or its bankruptcy estate, and it is further

ORDERED, that the above-captioned adversary proceeding is dismissed without prejudice.

Dated: October 7, 2014                                                  By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge